NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**GREEN EDGE ENTERPRISES, LLC,**
*Plaintiff/Counterclaim Defendant-Appellant,*

v.

**RUBBER MULCH ETC., LLC,
GROUNDSCAPE TECHNOLOGIES, LLC,
AND RUBBER RESOURCES, LTD., LLP,**
*Defendants/Counterclaimants,*

v.

**INTERNATIONAL MULCH COMPANY
AND MICHAEL MILLER,**
*Counterclaim Defendants-
Appellees,*

v.

**JUDY SMITH,**
*Counterclaim Defendant,*

AND

**LEE GREENBERG,**
*Counterclaim Defendant.*

---

2012-1539

---

GREEN EDGE ENTERPRISES V. RUBBER MULCH ETC.                    2

Appeal from the United States District Court for the Eastern District of Missouri in case no. 02-CV-0566, Magistrate Judge Terry I. Adelman.

---

# ORDER

On September 14, 2012, the court ordered Green Edge Enterprises, LLC (Green Edge) to find substitute counsel to enter an appearance within 60 days. Counsel for Green Edge timely entered an appearance but then withdrew its representation due to a conflict of interest. Green Edge has failed to comply with this order.

Federal Circuit Rule 47.3(a) allows an individual to represent himself or herself, but prohibits a corporation, partnership, organization, or other legal entity from doing so. *See also Int'l Inst. for Fundamental Studies, Inc. v. United States*, 222 Ct. Cl. 626, 630-31 (1980).

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  All pending motions are denied as moot.

(3)  Each side shall bear its own costs.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

3                    GREEN EDGE ENTERPRISES V. RUBBER MULCH ETC.

s26

Issued As A Mandate: _____ **JAN 1 0 2013** _____